UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LELAND DRAPER, | ) | 1:04-cv-6241-AWI-SMS |
| | ) | |
| Plaintiff, | ) | ORDER RE: FINDINGS AND |
| | ) | RECOMMENDATION TO DISMISS ACTION |
| | ) | WITH PREJUDICE FOR PLAINTIFF'S |
| v. | ) | FAILURE TO COMPLY WITH AN ORDER |
| | ) | OF THE COURT, TO PROSECUTE, AND |
| FRESNO POLICE DEPARTMENT, | ) | TO STATE A CLAIM UPON WHICH |
| at al., | ) | RELIEF MAY BE GRANTED (DOCS. 1, |
| | ) | 4, 8) |
| Defendants. | ) | |
| | ) | |

   Plaintiff is a state prisoner housed at the Fresno County Jail who is proceeding pro se with an action for damages and other relief concerning alleged civil rights violations. The matter was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

   On November 2, 2006, the Magistrate Judge filed findings and a recommendation that the complaint be dismissed with prejudice for Plaintiff's failure to file an amended complaint to state a claim upon which relief might be granted. The findings and recommendation were served on all parties on November 2, 2006, and contained notice that any objections to the findings and

1

recommendations were to be filed within thirty (30) days of the date of service of the order. No party filed any objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and <u>Britt v. Simi Valley United School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the findings and recommendation are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendation filed November 2, 2006, are ADOPTED IN FULL; and

2. The action IS DISMISSED with prejudice for failure to state a claim upon which relief may be granted; and

3. The Clerk of Court IS DIRECTED to close this action because this order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   December 22, 2006**            /s/ Anthony W. Ishii
0m8i78                                   UNITED STATES DISTRICT JUDGE

2